**Nicholas M. WEBB, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 36805.**

Missouri Court of Appeals,
Western District.

Nov. 26, 1985.

Leslie Stewart, Harrisonville, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief. Affirmed. Rule 84.16(b).